**GRAHAM ARCHITECTURAL PRODUCTS, Plaintiff–Appellant,**

v.

**ST. PAUL MERCURY INSURANCE COMPANY, Defendant–Third–Party–Plaintiff–Appellee,**

Riverview Architectural Products, Inc., Gary A. Fleming, Hope Fleming, Adam J. Waite, Nancy L. Waite, David A. Walter, Jane C. Walter, Keith A. Walter and Shelley L. Walter, Third–Party–Defendants–Appellees.

No. 04–1002.

United States Court of Appeals, Second Circuit.

Nov. 8, 2004.

Mark A. Rosen, McElroy, Deutsch, Mulvaney & Carpenter, LLP, New York, NY, for Appellant.

James M. Hirschhorn (William J. Tinsley), Sills Cummis Epstein & Gross P.C., New York, NY, for Appellee, of counsel.

PRESENT: CARDAMONE, McLAUGHLIN and CABRANES, Circuit Judges.

## SUMMARY ORDER

We have considered all of appellant's arguments and, substantially for the reasons explained by the District Court in its careful and thoughtful Memorandum and Order, entered January 27, 2004, *Graham Arch. Prods. Corp. v. St. Paul Mercury Ins. Co.*, 303 F.Supp.2d 274 (E.D.N.Y. 2004), we find each to be without merit

Accordingly, the judgment of the District Court is hereby AFFIRMED.